# Exhibit A

# Expert Report of
# Col. (Ret.) Kevin Lutz

## March 17, 2008 Attack – Baghdad

## Plaintiffs: Family of Staff Sergeant Michael D. Elledge
(Marion Crimens and Timothy W. Elledge)

*Timothy Karcher, et al. v. Islamic Republic of Iran*
Case No. 16-cv-00232 (CKK)

**March 17, 2008 Attack - Baghdad**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the March 17, 2008, attack that killed Staff Sergeant ("SSG") Michael D. Elledge and Sergeant ("SGT") Christopher Simpson involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

2. **Documents Reviewed**

   a. SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 3/C/1-68 CAB IVO (ROUTE PLUTO): 2 CF KIA 1 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   b. IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   c. Event Storyboard titled "17 1220C MAR 08 EFP ATTACK ON CF IN TAJI," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   d. WIT 6 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   e. Two Sworn Statements produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

   f. CEXC Report No. 18489-08 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

3. **Summary of Attack**

At approximately 12:20 p.m. on March 17, 2008, a five vehicle patrol from 1st Battalion, 68th Armor Regiment, 3rd Brigade Combat Team, 4th Infantry Division was traveling east on Route Pluto to Combat Outpost ("COP") Ford from Camp Taji after exchanging their five M1114s for five M1151s when the third vehicle in the convoy, an up-armored M1151 HMMWV, was struck by a 3-array copper EFP on the passenger side of the vehicle.[1] "The slugs struck near the top of the VC door at the armor/window junction, the rear passenger door in three places (near center of the glass, armor/glass junction, near the upper right corner of the door), and the gunner[']s turret armor perpendicular to the axis of the crew served weapon. Copper residue was found throughout the vehicle."[2]

---

[1]   IED Report at 2; SIGACT Report at 2; Event Storyboard; 1LT Sworn Statement dated March 17, 2008 at 1.

[2]   IED Report at 4.

EOD determined "that the EFP was placed on top of a HESCO barrier approximately four feet high by the oil ministry building. The EFP was concealed from visibility by an offset between the concrete barriers and the HESCO system."[3] As a result of the EFP attack, SSG Elledge, who was the truck commander, and the gunner, SGT Simpson, were killed immediately and one soldier was wounded.[4] The other members of the platoon were able to extricate SGT Simpson immediately via the hatch. SSG Elledge, however, could not be extricated immediately because of the damage from the EFP. Members of the unit had to use another HMMWV to pull the door open to retrieve him from the vehicle.[5]

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that the vehicles in the convoy had CREW systems and IED Defeat Equipment, but the specific types of equipment are redacted. The report also notes that the vehicles had fragmentary armor door kits installed.[6] The report also contains EOD's assessment that "the vehicle was hit in 3 locations, from a 3 array copper EFP with approx. 25-30 lbs of U[nkown] B[ulk] E[xplosive]. Device was located approximately 100M from a cell phone tower."[7] The report also contains the S2's assessment that the "IED today was the 7th along RTE Plutos in the last 6 months. This attack comes following the opening of a new I[raqi] P[olice] station near the blast site on 15 March 2008. The introduction of the IP likely brought [Shi'a] special groups into a traditional Sunni area."[8]

#### b. The IED Report

The IED Report lists the main charge configuration as EFP.[9] In the initiators section of the Report, it lists the initiation sub-type as "Passive Infared" [sic] and the initiator as "Electric: Blasting Cap."[10] The munitions section of the Report lists the munitions type as "Shaped Charge/EFP" and the details as "multiple arrays."[11] The IED Report contains comments from WIT

---

[3] *Id.* at 2.

[4] *Id.*; SIGACT Report at 2; 1LT Sworn Statement dated March 17, 2008 at 1.

[5] IED Report at 3.

[6] SIGACT Report at 2.

[7] *Id.* at 3.

[8] *Id.*

[9] IED Report at 5.

[10] *Id.* at 6.

[11] *Id.*

2

6. Although the specific counter-IED measures are redacted, the WIT 6 comment notes that "[a]ll vehicles had their [redacted] operating as required without any known faults."[12]

The IED Report contains the WIT 6 assessment that "based on the results, the attack was successful. It appears that the placement team that set the EFP was very aware of the engagement zone that it was placed in. This suggests that the team conducted a recon and emplacement of the area well in advance of the convoy. Based on the method and success of the attack, WIT does not believe that the attack was from the normal EFP cell based out of the Al Shulah area."[13] It also notes "the EFP was situated in such a fashion that it could not have been seen when traveling east along the route."[14]

### c. Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of three slides and provides a summary of the attack, a map of its location, an aerial view of the location, a picture of the blast seat and a redacted image of the damage to the vehicle. The storyboard contains an assessment that "there have been approximately 5X IED events in the last 30 days within 5km of the recent blast. Three were found/cleared and two were effective. According to [CJ]TF Troy reports, four of these events consisted of copper lined EFPs using a cell hone to arm a PIR for initiation. Based on the area and copper-lining of the EFP, special groups criminal elements (SGC) are likely responsible for the attack."

---

[12]    *Id*. at 2-3.

[13]    *Id.* at 3.

[14]    *Id.*



**d. The WIT 6 Report**

The WIT 6 Report contains aerial maps of the location of the attack, diagrams showing the scene of the attack and photographs showing the location of the attack, the blast seat and redacted images of the damaged vehicle.

















8

### e. Witness Statements

Among the documents produced by CENTCOM are a sworn statement by a First Lieutenant (1LT), who was the patrol leader, and a sworn statement by a Sergeant First Class (SFC), who was in the vehicle behind SSG Elledge's vehicle. According to the SFC, both tires on the right side of SSG Elledge's vehicle were flat as a result of the EFP. He also stated that his vehicle pushed SSG Elledge's vehicle approximately 200 meters away from the blast site. He further stated that when he approached SSG Elledge's vehicle, he could see that SSG Elledge was dead and confirmed that SSG Elledge's door needed to be pulled open using another vehicle. He further confirmed that SGT Simpson was killed by the blast. His statement also confirms that SSG Elledge's vehicle had a CREW system and that it was in the on position following the attack.[15] The 1LT's statement confirms that multiple slugs from the EFP array impacted SSG Elledge's vehicle. According to his statement, SSG Elledge's door was damaged by the EFP strike. His statement also notes that "EOD reported that they could not find any remains of the actual EFP or any command wires but that it had been emplaced inside of a Hesco basket, about 6 feet above ground level. There was no way for any of the soldiers in the platoon to see the EFP."[16]

### f. CEXC Report

The CEXC reports produced by CENTCOM consist of several chemical analysis reports of various items recovered by WIT 6 at the scene of the attack including a soil sample, copper frag, metal fragments, a rice bag and a rubber circle with a nail. The chemical analysis of these various items found the presence of nitro, RDX, pentaerythritol tetranitrate and TNT.[17] With respect to what the report refers to as a "tan material, cloth like" (most likely the rice bag), the analysis found "residues consistent with a mixture of Trinitrotoluene (TNT) based explosive, Cyclotrimethylenetrinitramine (RDX) based explosive and a Nitro based explosive. Analysis would indicate that a RDX based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED)."[18] The soil sample tested positive for TNT.[19] Metal fragments recovered by WIT 6 tested positive for RDX and TNT.[20] The EFP slugs recovered tested positive for TNT.[21] Based on this evidence, I conclude that the attackers likely used HE explosives in the construction of the EFP.

---

[15]   SFC sworn statement at 1.

[16]   1LT sworn statement at 1.

[17]   CEXC Report at 5-9.

[18]   *Id*. at 11.

[19]   *Id*.

[20]   *Id*. at 12.

[21]   *Id*. at 13.

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SSG Elledge and SGT Simpson was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting of copper liners and approximately 25-30 lbs. of a bulk explosive. The EFP was placed on top of a HESCO barrier approximately four feet high and struck the vehicle on the passenger side. Multiple slugs from the EFP hit the vehicle killing SSG Elledge and SGT Simpson.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the deaths of SSG Elledge and SGT Simpson;
2. The damage to the vehicle, recovery of copper fragments and multiple strike points strongly indicate that the multi-array EFP was precision manufactured and copper-lined;
3. The CEXC analysis that the soil sample contained TNT and the presence of TNT and RDX on fragments recovered by WIT 6 confirm that HE was used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  July 9, 2019

*Kevin D. Lutz*
Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou, email=kevinlutz101@comcast.net, c=US
Date: 2019.07.09 12:06:30 -04'00'

Kevin D. Lutz