# Exhibit B

SIGACT Report titled "(EXPLOSIVE HAZARD) IED
EXPLOSION RPT (Directional IED) 3/C/1-68 CAB IVO
(ROUTE PLUTO): 2 CF KIA 1 CF WIA,"
produced by CENTCOM in response to Osen LLC
FOIA Request No. 17-0150

# CIDNE

SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

**\*\*\*\*SIGACT CLOSED\*\*\*\***

| **SIGACT Report** |
| --- |

**TITLE:** (EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 3/C/1-68 CAB IVO (ROUTE PLUTO): 2 CF KIA 1 CF WIA

**TRACKING NUMBER:** 20080317122038SMB3741198675

**REPORT PRECEDENCE:** Flash

**CLASSIFICATION:** SECRET

**RELEASABILITY:** REL TO USA, EGY, FIN, KWT, IRKS, NATO

**REPORTING UNIT NAME:** MND-BAGHDAD G3 OPS

**REPORT SOURCE:** Coalition

| **SPOT Section** |
| --- |

(Not Reported/Not Reported)

| | | | |
| --- | --- | --- | --- |
| **UNIT NAME INVOLVED:** | 3/C/1-68 CAB | **CALL SIGN:** | Not Reported |
| **TYPE OF INVOLVED UNIT:** | CF | **INVOLVED UNIT ACTIVITY:** | Mounted Patrol |
| **INCIDENT REPORTED BY:** | Coalition Forces | **BATTLESPACE LEAD:** | Coalition |
| **TIP REPORTED BY:** | Not Reported | **DTG CREATED (LOCAL):** | 2008-03-17 13:06:25 |
| **DTG OF INCIDENT (LOCAL):** | 2008-03-17 12:20:00 | **DTG UPDATED (LOCAL):** | 2008-03-18 06:23:00 |

| **Location** |
| --- |

(SECRET/REL TO USA, EGY, FIN, KWT, IRKS, NATO)

**MGRS:** 38SMB3741198675

**AOR:** USCENTCOM

**PROVINCE:** Baghdad

---

FOIA 17-0150L 3RD Release    0084 11/16/17

# CIDNE

SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

| | | | |
|---|---|---|---|
| **REGION:** | IRAQ | **DISTRICT:** | Baghdad |
| **COUNTRY:** | IRAQ | **CITY:** | Baghdad |
| **VILLAGE:** | Ritz Carlton Hotel Complex | | |

## Events

(SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | |
|---|---|
| **ENVIRONMENT TYPE:** | Not Reported |
| **EVENT TYPE:** | Explosive Hazard |
| **MODES OF ATTACK:** | Directional IED |
| **EVENT CATEGORY:** | IED Explosion |
| **PRIMARY:** | Yes |
| **ACTIONS TAKEN:** | Not Reported |
| **SUICIDE?:** | No |
| **HOW DEVICE WAS FOUND:** | |

| | |
|---|---|
| **COORDINATED ATTACK:** | No |
| **COMPLEX ATTACK:** | No |
| **COUNTER ATTACK:** | No |
| **MEDEVAC REQUESTED:** | No |

**SUMMARY:** (Not Reported/Not Reported)MND-B SIGACT 1 MND-B CCIR # 1MNC-I CCIR # 6MND-B EVENT 6 UNIT: 3/4 IDIED TYPE: EFPEQUIPMENT BDA: 1 X DAMAGED VEHICLE M1151ENEMY BDA: NONEENEMY DETAINEE: NONECREW SYSTEM: 5 X (b)(1)4a, (b)(OTHER IED DEFEAT EQUIP: 5 X (b)(1)1.4a, (b)(FRAG DOOR KIT INSTALLED: YESCOMP OF PATROL: 5 X M1151WHO: 3/C/1-68 CABWHAT: IED STRIKEWHERE: 38SMB 37040 98500 (RTE PLUTO)CLOSEST ISF CP:SZFB001 - PB - SOUTH1/2/9 IA38SMB 37640 98930DISTANCE: 252M SZFC016 - TRASH CITY1/2/9 IA38SMB 34400 97200DISTANCE: 2723MSECT ASSESSMENT: UNKTIMELINE:171220: C/1-68 REPORTS THAT THIRD VEHICLE IN ORDER OF MARCH HAS BEEN HIT BY EFP  WHILE HEADING EASTBOUND, 2 X KIA, 1 X WIA (MINOR LACERATIONS TO THE FACE, RTD), BDA UNK AT THIS TIME.171247: 1/B/1-68 SP FOB CALLAHAN

---

                SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

FOIA 17-0150L  3RD Release                0085  11/16/17

# CIDNE

SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

IOT PROVIDE RECOVERY ASSETS AND ADDITIONAL COMBAT POWER.171321: A/2-14 CAV TRP CDR ON SITE CONDUCTING FACE TO FACE WITH C/1-68 AR COMMANDER TO CONFIRM ASSETS NEEDED. EOD ENROUTE FROM CAMP TAJI TO SITE TO CONDUCT PBA.171334: EOD ARRIVES ON SITE TO CONDUCT SSE AND PBA.171340: EOD REPORTS NO REMNANTS AT THE BLAST SITE.171420: CLEAR TEAM HAS ARRIVED ON SITE171447: EOD CONFIRMS IT WAS AN EFP.171501: CLEAR TEAM IS LEAVING SITE AND SITE IS SANITIZED171530: CLEAR TEAM RP CAMP TAJI171545: RECOVERY RP CAMP TAJI WITH DISABLED VEHICLE171558: C CP RE ORTS 1 X WIA (RTD MINOR INJURIES.EOD ASSESSMENT: PBA CONDUCTED YEILDED THAT THE VEHICLE WAS HIT IN 3 LOCATIONS,  ROM A 3 ARRAY COPPER EFP WITH APPROX 25-30 LBS OF UBE. DEVIC  WA   CATED APPROXIMATELY 100M FROM A CELL P .ONE TOWER. IO  ESSAGE: \" BY REPORTING IED\'S AND BOMB MAKERS IN YOUR C  MMUNITY, YOU INCREASE SAFETY AND MAY EARN CASH REWARDS THAT CAN BENEFIT YOUR FAMILY.\"THIS MESSAGE WILL BE RELAYED AND HANDED OUT TO THE LOC  L NATIONALS DURING DISMOUNTED PATROLS EACH DAY TO ENCOURAGE OWNERSHIP AND SAFETYS2 ASSESSMENT: IED TODAY WAS THE 7TH ALONG RTE PLUTOS IN THE LAST 6 MONTHS. THIS ATTACK COMES FOLLOWING THE OPENING OF A NEW IP STATION NEAR THE BLAST SITE ON 15 MARCH 2008. THE INTRODUCTION OF  HE IP LIKELY BROUGHT SPECIAL GROUPS INTO A TRADITIONAL  U  NI AREA SUMMARY: 1 X EFP STRIKE2 X US KIA1 X US WIA (BR  (b)(3) 130b, (b)(6) RTD, MINOR LACERATION TO THE FACE)1 X DAMAGED VEHICLE M1151//CLOSED//

| ENEMY: | | | COALITION: | | |
|--------|--------|--------|--------|--------|--------|
| KIA: | WIA: | DET: | KIA: | WIA: | ABD: |
| 0 | 0 | 0 | 2 | 1 | 0 |

| CIVILIAN: | | | HOST NATION: | | |
|--------|--------|--------|--------|--------|--------|
| KIA: | WIA: | ABD: | KIA: | WIA: | ABD: |
| 0 | 0 | 0 | 0 | 0 | 0 |

## Direct/Indirect Fire Information

18-March-08

SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

**CIDNE** ~~SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO~~

| Requirements |
| --- |

| Capture Details |
| --- |

| Casualty Details | |
| --- | --- |
| **BATTLE ROSTER NUMBER:** Not Reported | |
| **CASUALTY COUNT:** (Not Reported/Not Reported)0 | |
| **FORCE TYPE:** CF | **PARTY RESPONSIBLE:** Unknown |
| **AFFILIATION:** Coalition | **CASUALTY TYPE:** KIA |
| **NATIONALITY:** UNITED STATES | **SERVICE:** Not Reported |
| **CATEGORY:** Other | **POSITION:** Not Reported |
| **GROUP:** Unknown | **STATUS:** Unknown |
| **ASSOCIATED EVENT:** Not Reported | |
| **COMME .TS:** (Not Reported/Not Reported) Not Reported | |
| **HEAD WOUND:** No | **CHEST/TORSO WOUND:** No |
| **ARM WOUND** No | **HAND WOUND:** No |
| **LEG WOUND:** No | **FEET WOUND:** No |
| **BATTLE ROSTER NUMBER:** (b)(3) 130b, (b)(6) | |
| **CASUALTY COUNT:** (Not Reported/Not Reported)0 | |
| **FO˙ CE TYPE:** CF | **PARTY RESPONSIBLE:** Unknown |
| **AFFILIATION:** Coalition | **CASUALTY TYPE:** WIA |
| **NATIONALITY:** UNITED STATES | **SERVICE:** Not Reported |
| **CATEGORY:** Routine | **POSITION:** Unknown |
| **GROUP:** Unknown | **STATUS:** Unknown |

18-March-08

FOIA 17-0150L  3RD Release

**CIDNE**

SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

| | | | |
|---|---|---|---|
| **ASSOCIATED EVENT:** | Not Reported | | |
| **COMMENTS:** | (Not Reported/Not Reported) Not Reported | | |
| **HEAD WOUND:** | Yes | **CHEST/TORSO WOUND:** | No |
| **ARM WOUND:** | No | **HAND WOUND:** | No |
| **LEG WOUND:** | No | **FEET WOUND:** | No |

## Target(s) of Attack

| | | | |
|---|---|---|---|
| **PRECEDENCE:** | Primary | **AFFILIATION:** | Coalition |
| **TYPE:** | Coalition | **DETAILS:** | Patrol |
| **NATIONALITY:** | UNITED STATES | **SECT:** | Not Reported |
| **STATUS:** | Killed | | |
| **DESCRIPTION:** | CONVOY 5 X M11512 X US KIA1 X US WIA1 X DAMAGED VEHICLE M1151 | | |

## DRUGREP Details

**FACILITY TYPE:** Not Reported

### Drugs Found

### Chemicals Found

### Equipment Found

## Evidence Report Details

FOIA 17-0150L  3RD Release        0088  11/16/17



SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

18-March-08

SECRET//REL TO USA, EGY, FIN, KWT, IRKS, NATO

FOIA 17-0150L  3RD Release

0089  11/16/17

IED Report produced by CENTCOM in response to
Osen LLC FOIA Request No. 17-0150

# CIDNE

SECRET//REL TO USA, FVEY

## IED Report

**CLASSIFICATION:** SECRET

**RELEASABILITY:** REL TO USA, FVEY

**TRACKING NUMBER:** IED-20080317173938SMB3741198675

**DATE DISCOVERED:** 2008-Mar-17 17:39

**CALL SIGN:** None Selected

**REPORTING UNIT:** JTF TROY MND Baghdad 710 EOD CO

**PRIMARY SAFE AREA(MGRS):** 38SMB3741198675

**SECONDARY SAFE AREA(MGRS):** 38SMB3741198675

**MGRS:** 38SMB3741198675

**EVENT TYPE:** Explosion

| COALITION: | | CIVILIAN: | | HOST NATION: | |
|---|---|---|---|---|---|
| KIA: | WIA: | KIA | WIA: | KIA: | WIA: |
| 2 | 1 | 0 | 0 | 0 | 0 |

## Equipment Used

## Team Data

**SERVICE AFFILIATION:** Not Reported

**EOD NOTIFICATION:** 2008-Mar-17 12:32

**EOD FOB DEPARTURE:** 2008-Mar-17 12:50

**EOD SCENE ARRIVAL:** 2008-Mar-17 12:08

**EOD SCENE DEPARTURE:** 2008-Mar-17 14:30

**EOD MISSION COMPLETE:** 2008-Mar-17 14:55

## Site Data

FOIA 17-0150L  3RD Release                                                      0076  11/16/17

# CIDNE

SECRET//REL TO USA, FVEY

| | |
|---|---|
| **SITE MARKED:** | Unknown |
| **MARKING DETAILS:** | None Selected |
| **CIVILIAN ACTIVITY:** | Normal Activity |
| **REFERENCE POINT:** | Yes |
| **AIMING POINT DETAILS:** | Cell Phone Tower |
| **FIRING POINT DETAILS:** | None Selected |
| **FIRING POINT MGRS:** | Not Reported |
| **LIGHT CONDITIONS:** | Daytime |
| **WEATHER:** | Clear |
| **ROUTE PATROL:** | Unknown |
| **LAST TIME ROUTE CLEARED:** | Unknown |
| **ANALYSIS:** | Team maneuvered to PBA at GRid 38S MB 3760 9877. A six vehicle patrol element from 3rd brigade 4th ID was traveling east on route Plutos when the third vehicle was struck by an EFP. EOD Team identified that the EFP was placed on top of a HESCO barrier approximately four feet high by the oil ministry building. The EFP was concealed from visibility by an offset between the concrete barriers and the HESCO system. The team assessed the EFP to be a multiple array system with (b)(1)1.4a, (b)(1)1.4g (b)(1)1.4a, (b)(1)1.4g on the passenger side. No initiation system could be identified. MC 171455CMAR08 |

----- --------

WIT 6 Comments: On 17 March 2008, at 1220C, while returning to FOB Ford from Camp Taji, where 5x M1114 were swapped for 5x M1151, C CO 1-68 CAB was struck by a 3-Array EFP on RTE Pluto at 38S MB 37600 98770. EOD/WIT was notified at 1230C and departed Camp Taji at 1257C. EOD/WIT arrived at 1308C in the vicinity of 38S MB 37411 98675. EOD ensured the scene was safe and WIT conducted SSE/PBA. There were 2x CF KIA and 1x CF WIA. While traveling east on RTE Pluto the first two vehicles of C Co. 1-68 CAB passed an EFP partially buried/hidden in a HESCO barrier in front of the Ministry of Oil. The third vehicle, in the five vehicle convoy, was struck resulting in two CF soldiers being killed by an EFP detonation. Based on accounts, the first vehicles gunner was facing the 12 oclock, the second vehicle was facing the 9 oclock and the third vehicle was at the 3 oclock. All vehicles had their (b)(1)1.4a operating as required

SECRET//REL TO USA, FVEY

SECRET//REL TO USA, FVEY

without any known faults. The vehicles were traveling at approximately (b)(1)1.4a The spacing from the third vehicle to the second vehicle was approximatel (b)(1)1.4a spacing to the fourth vehicle, from the third, was approximately (b)(1)1.4a nce the detonation occurred the vehicle came to a halt a very short time after. It is impossible to determine how far the vehicle traveled after it was struck. The platoon sergeant in the fourth vehicle attempted to contact the damaged vehicle via radio communication unsuccessfully. He then utilized a public address on his vehicle to tell the driver to put it in neutral so they could be pushed out of the kill zone. The driver, despite his injuries (WIA) was coherent enough that he was able to comply. The ground unit, once out of the kill zone, s  t up de  nsiv  positions around the damaged vehicle, approx.mately (b)(1)1.4a from the blast seat.  At that point they began  end  ring a   to the occupants of the stricken HM   WV. Th  g  nner   as immediately removed from the hatch of the veh  le (KIA).   owever, due to damage to the door of  ne M  151 th  VC (  IA) was not able to be extracted from the vehicle rig  t away using conventional extraction methods. The unit had to utilize another HMMWV to pull the door open so they could access him. The driver was treated on scene for injuries  e sustained. He was later CASEVAC to a medical treatment fa  lity. EOD/WIT arrived and processed the scene. E  D search  d for additional hazards and WIT recovered evidence. EOD/WIT departed scene at 1435C and returned to base at 1450C.

Based on the results, the attack was successful. It appears that the placement team that set the EFP was very aware of the engagement zone that it was placed in. This suggests that the team conducted a recon and emplacement of the area well in advance of the convoy. Based on the method and success of the attack, WIT does not believe that the attack was from the normal EFP cell based out of the Al Shulah area. WIT believes that it is from a yet-to-be identified cell from the 3-4 BDO. WIT is working with 1.4a, (b)(  to assist in identifying the responsible cell or personnel involved in the attack. Based on the information/evidence gathered at the scene and further analysis it can be surmised that the IED was a three-array EFP situated approximately 4 feet off the ground, mid-level of a 2-level HESCO barrier. The EFP was situated in such a fashion that it could not have been seen when traveling east along the route. The EFP was in front of the Iraqi Ministry of Oil at the point where cylindrical concrete barriers stop and HESCO barriers start. The

SECRET//REL TO USA, FVEY

CIDNE

SECRET//REL TO USA, FVEY

EFP appears to have been designed and aimed perfectly for the M1151/M1114 series HMMWV. The slugs struck near the top of the VC door at the armor/window junction, the rear passenger door in three places (near center of the glass, armor/glass junction, near the upper right corner of the door), and the gunners turret armor perpendicular to the axis of the crew served weapon. Copper residue was found throughout the vehicle. A piece of metal fragmentation, silver in color, possibly steel or aluminum, was also found in the vehicle. It is believed that one of the charges in the device, that hit the rear passenger door, may have been disrupted by passing through the wiring of the HESCO causing it to spray instead of forming one solid slug. This would explain the multiple strikes on the rear passenger door. It is also believed that the device was partially buried in the top of the barrier. With all [ (b)(1)1.4a ] apparently working as required it appears that the IED may have been pre-armed and possibly contained the DTMF 2.b.2b which allowed it to discriminate its target. However, there is no physical evidence to support this theory. It is recommended that different types of barriers should not be used in conjunction with each other because this creates blind spots for hiding devices. It is also recommended that HESCO barriers should not be used along routes because of the ease of burying items within them. Furthermore, to prevent this from happening again at that same location; the Ministry of Oil should remove the barriers and create a barrier system that is similar in construction without gaps in protection. Route clearance teams are unable to detect devices within a HESCO due to the metal already contained in their construction.

Evidence:

Bag # 2177675 (1 of 6) Soil Sample
Bag # 2198881 (2 of 6) Piece of Rice Bag from Blast Seat
Bag # 12443344 (3 of 6) Vehicle Armor
Bag # 2198882 (4 of 6) Fragmentation from Vehicle
Bag # 2198883 (5 of 6) Fragmentation from Blast Seat
Bag # 1244336 (6 of 6) Piece of Inter-tube IVO Blast Seat

| Devices | |
|---|---|
| Device | 1 |

SECRET//REL TO USA, FVEY

Approved For Release

# CIDNE

SECRET//REL TO USA, FVEY

| | |
|---|---|
| **DEVICE DESCRIPTION:** | EFP with multiple arrays |

WIT COMMENTS: It is believed that the device was a three-array EFP with two on the bottom and one on top in a pyramid formation. Based on the damage to the vehicle they had approximately (b)(1.4a, (b)(1) in diameter copper face-plates. It was most likely triggered by a PIR sensor with a discriminator board since it was the third vehicle in the convoy. It is not known if the device utilized a cell phone initiated firing system but it is highly likely. This type of device is typically packed with C-4 and Det cord running to a blasting cap. The cap wires would lead to a DTMF board. The DTMF board would have attached a power source, a PIR wit LED, and a Cell Phone. Despite extensive searching of the HESCO barriers and surrounding area, no physical evidence was found at the scene of any triggering circuitry, firing train or explosive liner. END WIT COMMENTS//

| | | | |
|---|---|---|---|
| **MGRS:** | Not Reported | | |
| **PLACEMENT:** | Concealed - Elevated | **LOCATION:** | Road - Right Side |
| **CONTAINER:** | Pipe/Tube | **CONTAINER SUB-TYPE:** | Not Reported |
| **HOW DEVICE WAS FOUND:** | Detonation | **WHO FOUND DEVICE:** | Not Applicable |
| **A TYPE THAT F :** | Post Blast | | |
| **EXPLOSIVE EFFECT:** | Fragmentation | | |
| | Blast | | |
| **MAIN CHARGE CONFIGURATION:** | EFP | | |

| | | | | | |
|---|---|---|---|---|---|
| **CASUALTIES:** | Yes | **SUICIDE DEVICE:** | No | **FIRST RESPONDER TARGETED:** | No |
| **POST BLAST:** | Yes | **PARTIAL BUILD:** | No | | |

## Targets

| | | | |
|---|---|---|---|
| **TARGET PRECEDENCE:** | Primary | **AFFILIATION:** | Coalition |
| **COUNTRY:** | USA - UNITED STATES | **TARGET TYPE:** | Military |

---

SECRET//REL TO USA, FVEY

Approved For Release

# CIDNE

SECRET//REL TO USA, FVEY

| DETAILS: | Convoy | INTENDED EFFECT: | Anti-Armor |
|---|---|---|---|
| DESCRIPTION: | M1151 | | |

## Initiators

| TYPE: | Victim Operated | INITIATION SUB-TYPE: | Passive Infared |
|---|---|---|---|
| INITIATION DETAIL: | Unknown | INITIATOR: | Electric Blasting Cap |
| ARMING: | None Selected | DTMF: | Unknown |
| MAKE: | None Selected | MODEL: | None Selected |
| RECEIVER REMOTED: | Unknown | RECEIVER REMOTED DISTANCE(M): | 0 |

## Munitions

| CATEGORY: | Improvised | MUNITIONS TYPE: | Shaped Charge/EFP |
|---|---|---|---|
| NAME: | Not Reported | QUANTITY: | 0 |
| COUNTRY: | UC - UNKNOWN COUNTRY | | |
| WEIGHT: | 0 None Selected | SIZE: | None Selected None Selected |
| NET EXPLOSIVE WEIGHT: | 0 None Selected | | |
| LOT NUMBER: | Not Reported | SERIAL NUMBER: | Not Reported |
| DETAILS: | multiple arrays | | |

## Fusing

| DETAILS: | Unknown | COUNTRY: | UC - Unknown Country |
|---|---|---|---|

## Render Safe

| RSP: | N/A | RENDER SAFE DETAILS: | None Selected |
|---|---|---|---|

SECRET//REL TO USA, FVEY

FOIA 17-0150L  3RD Release

Event Storyboard titled "17 1220C MAR 08 EFP
ATTACK ON CF IN TAJI,"
produced by CENTCOM in response to
Osen LLC FOIA Request No. 17-0150

# 17 1220C MAR 08 EFP ATTACK ON CF IN TAJI



**WHO:** MND-B, 3/4 ID, 1-68 AR

**WHAT:** CF CASUALTIES

**WHEN:** 17 1220C MAR 08

**WHERE:** 38SMB3741198675 (TAJI)

**MNC-I CCIR #:** 6

**MNF-I CCIR #:** 6

**NOTIFICATION IN JOC:** 17 1400C MAR 08

**CIDNE #:** 20080317122038SMB3741198675



EFP Blast Seat

BLAST SEAT

ROUTE PLUTO

DIRECTION OF TRAVEL

N

## INITIAL REPORT

•AT 1220C, MND-B, 3/4 ID, 1-68 AR REPORTED AN EFP ATTACK ON C/1-68 PATROL IN TAJI RESULTING IN 2X CF KIA.

•EFP DETONATED ON THE 3RD VEHICLE IN THE PATROL.

•THIS ATTACK RESULTED IN 2X CF KIA AND 1X M1151 (HMMWV) DAMAGED.

•EOD DEPLOYED TO THE SITE OF THE ATTACK AND REPORTED THAT NO REMNANTS OF THE EFP WERE FOUND.

•BDA:  2X CF KIA AND 1X M1151 (HMMWV) DAMAGED

•ASSESSMENT:  THERE HAVE BEEN APPROXIMATELY 5X IED EVENTS IN THE LAST 30 DAYS WITHIN 5 km OF THE RECENT BLAST.  THREE WERE FOUND/CLEARED AND TWO WERE EFFECTIVE.  ACCORDING TO TF TROY REPORTS, FOUR OF THESE EVENTS CONSISTED OF COPPER LINED EFPs USING A CELL PHONE TO ARM A PIR FOR INITIATION.  BASED ON THE AREA AND COPPER-LINING OF THE EFP, SPECIAL GROUPS CRIMINAL ELEMENTS (SGC) ARE LIKELY RESPONSIBLE FOR THE ATTACK.  SGC WILL CONTINUE TO TARGET CF/ISF IN SITUATIONS THEY FIND ADVANTAGEOUS IN ORDER TO LIMIT CF/ISF MOVEMENT IN THE AREA.



(b)(1)1.4a, (b)(1)1.4g

**VEHICLE DAMAGE**

**LEGEND**

● EFP ATTACK

PREPARED BY C3 OPS
17 1405C MAR 08

SECRET//REL TO USA,MCFI//20180331

WIT 6 Report produced by CENTCOM in response to
Osen LLC FOIA Request No. 17-0150

SECRET//REL TO USA, ACGU//20160317

| 17 1220 MAR 2008 | IMAGERY | 38S MB 37411 98675 |

SECRET//REL TO USA, MCFI//20180317

RTE PLUTO

DIRECTION OF TRAVEL

RTE PLUTO

BLAST SEAT
38S MB 37035 98509

MINISTRY OF OIL

SECRET//REL TO USA, ACGU//20160317

0091  11/16/17



SECRET//REL TO USA, ACGU//20180317

| 17 1220 MAR 2008 | SCENE SKETCH | 38S MB 37411 98675 |

NOT TO SCALE

RTE Plutos (West)

RTE Plutos (EAST)

Offset appears to be approx 15-20°

75m     100m

Direction of Travel

Atheer Cell Phone Tower approx 100m from blast seat

FOIA 17-0150L 3RD Release SECRET//REL TO USA, ACGU//20180317 0092 11/16/17



SECRET//REL TO USA, ACGU//20160317

17 1220 MAR 2008 | SCENE SKETCH CLOSE-UP | 38S MB 37411 98675

NOT TO SCALE

15-20°    Offset

Pluto (Eastbound)

Ministry of Oil Compound

SECRET//REL TO USA, ACGU//20160317

| 17 1220 MAR 2008 | SCENE OVERVIEW | 38S MB 37411 98675 |

SECRET//REL TO USA, MCFI//20180317

Vehicle was recovered to this point

Blast Seat



SECRET//REL TO USA, ACGU//20160317

17 1220 MAR 2008

CARDINAL VIEWS

38S MB 37411 98675

SECRET//REL TO USA, MCFI//20160317

SECRET//REL TO USA, MCFI//20160317

FOIA 17-0150L 3RD Release

SECRET//REL TO USA, ACGU//20160317

0095  11/16/17

SECRET//REL TO USA, ACGU//20180317

| 17 1220 MAR 2008 | BLAST SEAT OVERVIEW | 38S MB 37411 98675 |
|---|---|---|

Suspected location of EFP; Based on scorching appears to have been partially buried in HESCO

FOIA 17-0150L 3RD Release

SECRET//REL TO USA, ACGU//20180317

0096  11/16/17



SECRET//REL TO USA, ACGU//20180317

17 1220 MAR 2008 | NEAREST CELL TOWER | 38S MB 37411 98675

SECRET//REL TO USA, MCFI//20180317

Atheer Cell Tower:
100m from blast seat



SECRET//REL TO USA, ACGU//20180317

17 1220 MAR 2008     BLAST SEAT OVERVIEW (CONT)     38S MB 37411 98675

SECRET//REL TO USA, MCFI//20180317

Atheer Cell Tower:
100m from blast seat

SECRET//REL TO USA, ACGU//20160317

| 17 1220 MAR 2008 | BLAST SEAT CONFIGURATION | 38S MB 37411 98675 |
| --- | --- | --- |



SECRET//REL TO USA, MCFI//20160317

Possible configuration
based on impact to vehicle

FOIA 17-0150L 3RD Release    SECRET//REL TO USA, ACGU//20160317    0099 11/16/17



SECRET//REL TO USA, ACGU//20180317

17 1220 MAR 2008    BLAST SEAT VIEW FROM THE WEST    38S MB 37411 98675

SECRET//REL TO USA, MCFI//20180317

(b)(1)1.4a, (b)(1)1.4g would be ineffective due to the EFP being elevated

SECRET//REL TO USA, ACGU//20180317

| 17 1220 MAR 2008 | VEHICLE DAMAGE | 38S MB 37411 98675 |



(b)(1)1.4a, (b)(1)1.4g

SECRET//REL TO USA, ACGU//20180317

**17 1220 MAR 2008** | **VEHICLE DAMAGE (CONT)** | **38S MB 37411 98675**



(b)(1)1.4a, (b)(1)1.4g

 SECRET//REL TO USA, ACGU//20180317 0102  11/16/17

SECRET//REL TO USA, ACGU//20180317

**17 1220 MAR 2008** | **VEHICLE DAMAGE (CONT)** | **38S MB 37411 98675**



 SECRET//REL TO USA, ACGU//20180317 0103  11/16/17

**SECRET//REL TO USA, ACGU//20180317**

| 17 1220 MAR 2008 | VEHICLE DAMAGE (CONT) | 38S MB 37411 98675 |
| --- | --- | --- |



SECRET//REL TO USA, ACGU//20180317

**17 1220 MAR 2008** | **VEHICLE DAMAGE (CONT)** | **38S MB 37411 98675**



(b)(3) 130b, (b)(6)

(b)(1)1.4a, (b)(1)1.4g

SECRET//REL TO USA, ACGU//20180317
0105  11/16/17

SECRET//REL TO USA, ACGU//20180317

| 17 1220 MAR 2008 | VEHICLE DAMAGE (CONT) | 38S MB 37411 98675 |



(b)(1)1.4a, (b)(1)1.4g

SECRET//REL TO USA, ACGU//20180317

SECRET//REL TO USA, ACGU//20160317

| 17 1220 MAR 2008 | VEHICLE DAMAGE (CONT) | 38S MB 37411 98675 |



(b)(1)1.4a, (b)(1)1.4g

SECRET//REL TO USA, ACGU//20160317

SECRET//REL TO USA, ACGU//20180317

| 17 1220 MAR 2008 | VEHICLE DAMAGE (CONT) | 38S MB 37411 98675 |

(b)(1)1.4a, (b)(1)1.4g

FOIA 17-0150L 3RD Release

SECRET//REL TO USA, ACGU//20180317

**17 1220 MAR 2008** | **VEHICLE DAMAGE (CONT)** | **38S MB 37411 98675**



(b)(1)1.4a, (b)(1)1.4g

SECRET//REL TO USA, ACGU//20180317

SECRET//REL TO USA, ACGU//20180317

| 17 1220 MAR 2008 | VEHICLE DAMAGE (CONT) | 38S MB 37411 98675 |
| --- | --- | --- |



(b)(1)1.4a, (b)(1)1.4g

SECRET//REL TO USA, ACGU//20180317

Two Sworn Statements
produced by CENTCOM in response to
Osen LLC FOIA Request No. 17-0150

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943  *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION  COP Ford, Iraq | 2. DATE *(YYYYMMDD)*  2008/03/17 | 3. TIME  2100 | 4. FILE NUMBER |
| 5. LAST NAME, FIRST NAME, MIDDLE NAME  (b)(3) 130b, (b)(6) | 6. SSN  (b)(3) 130b, (b)(6) | | 7. GRADE/STATUS  E-7 |
| 8. ORGANIZATION OR ADDRESS  Cco 1-68 AR, 3 BCT, 4 ID | | | |

9.

I, SFC (b)(3) 130b, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

that on 17 March 2008 at 1145 Steel Blue Platoon with C6 crew minus the Company commander SP from Camp Taji in route to COP Ford at 1210 the 3rd vehicle in the order of march was the C6 vehicle was struck by an EFP at grid MB36989850 resulting in SSG Elledge, Alghanad and SPC Simpson Christopher being killed. The drive (b)(3) 130b, (b)(6) was wounded from shrapnel in his jaw. At time of the blast I was the 10th vehicle in the order of march. When the truck was hit my truck pushed threw the dust cloud and had eyes on the C6 truck which time I saw that it had both tires flat on the right side but was unable to asses the damage to the vehicle. I called to the two other trucks (b)(3) 130b, (b)(6) 6 that we where going to push them with my truck, when I got no response I turned on my loud speaker on my truck and told them to put the truck in neutral and (b)(6) when we where pushing them they started to move onto the side of the road so I told them to stur the truck left and (b)(3) 130b, (b)(6) had pushed the truck about 200 meters away from the blast sight we set up security of the site when I (b)(3) 130b, b 6 dismounted to render aid. At this time I saw that SSG Elledge was killed from the blast, when I moved to the drivers seat at which time I saw blood on his face. Once we moved him away from the truck we checked on SPC Simpson and found him also had been killed from the blast. At this time (b)(3) 130b, (b)(6) ent and got two body bags in which myself and (b)(3) 130b, (b)(6) laced SPC Simpson in the first one. When we moved to the TC's side we could not open the door with the T-handle or from the inside at (b)(3) 130b, (b)(6) d to use the truck to pull it open (b)(3) 130b, (b)(6) ed his truck and snatch chain on his truck over to the TC's door of C-6. At that time we ripped the door open and b 6 (b)(3) 130b, (b)(6) and myself removed SSG Elledge's body to the second body bag. once that was complete I moved to the Platoon leaders truck and got a strap from my (b)(3) 130b, (b)(6) nd me check the BFT to see if we could destroy it but it was not operational and I also checked his CREW device watch was still in the on position, once that was complete we started to collect all the sensitive items off the truck. we got two M9, two M-4's, one 50cal MG, one Dagger, and the hard drive out of the BFT and placed them in the TC-31's vehicle once this was complete we held our security posture until recovery element was on sight. we where released from the sight (b)(3) 130b, (b)(6) moved to COP Callahan to pick up the Battalion Chaplin

------------------- OTHER/FOR/USES -------------------

(b)(3) 130b, (b)(6)

Approved For Release

| 1. EXHIBIT | (b)(3) 130b, (b)(6) | N MAKING STATEMENT | PAGE 1 OF   2   PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "S...   ...AKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**        DA FORM 2823, JUL 72, IS OBSOLETE        APD PE v1 01

STATEMENT OF ___(b)(3) 130b, (b)(6)___ TAKEN AT COP Ford, Iraq DATED 2008/03/17

9  STATEMENT   (Continued)



(b)(3) 130b, (b)(6)

**AFFIDAVIT**

___(b)(3) 130b, (b)(6)___ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___2___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME  THE STATEMENT IS TRUE.  I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT..  I HAVE MADE THIS STATEMENT F
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL

(b)(3) 130b, (b)(6)

(b)(3) 130b, (b)(6)

C/1-66  3BCT, 4ID   COP 321 (FORD)

administer oaths, this 17ᵀᴴ day of MARCH , 2008
at COP 321 (FORD) BAGHDAD IRAQ

(b)(3) 130b, (b)(6)

(b)(3) 130b, (b)(6)

C/1-66  3BCT  4ID  COP 321 (FORD)
ORGANIZATION OR ADDRESS

COMMISSIONED OFFICER
(Authority To Administer Oaths)

INITIALS _____ TEMENT                                        PAGE  2  OF  2  PAGES

PAGE 3,          b, 3, 130b, b, 6,                                              APD PE v1 01

Approved For Release

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

| PRIVACY ACT STATEMENT | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943  *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE  *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| COP FORD, IRAQ | 2008/03/17 | 2010 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3) 130b, (b)(6) | (b)(3) 130b, (b)(6) | 1LT |

8. ORGANIZATION OR ADDRESS

C/1-68 AR

9.

I, (b)(3) 130b, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

3d Platoon, C/1-68AR (Steel Blue) SP from Camp Taji at 171145MAR08 en route to COP Ford after completing M1114/1151 gunnery. I was the patrol leader. The order of march was C32, C31, C6 (SSG Elledge TC, CPL Simpson gunner (b)(3) 130b, (b)(6) driver). C33, C35, 2 wreckers/haul (b)(1) 1.4a and (b) 1.1.4a all were on and operational. We transitioned from TAMPA to east on PLUTO. At 1210, we were passing an Hesco basket compound when an EFP detonated at MB 36989850 and struck C6. C34 pushed C6 away from the blast site, using the bull horn to communicate with C6 because they were not answering the radios. After we pushed about 400 meters east of the blast site, we stopped, set security and assessed casualties and damage. (b)(3) 130b, b 6 got out of the truck to help. b 3 130b b 6 began assessment of the vehicle. SSG Michael Elle (b)(3) 130b, (b)(6) d CPL Christopher Simps (b)(3) 130b, (b)(6) e both KIA. EFP slugs penetrated the TC door in the upper rear corner of the window, the TC side rear door, and the gunner's turret. A slug hit but failed to penetrate the TC side rear door window and another slug hit the roof and bounced upward away from the vehicle. There was significant damage to the radiators in the front and the crew compartment of the truc (b)(3) 130b, (b)(6) moved to help pull security while b 3 130b b 6 began to removing bodies from the truck to put into body bags. They were unable to get SSG Elledge's door open due to damage and had to use a M1151 to pull the door off. The door was bent inward about 3 inches and we could not get the combat lock to release. Once the door was open we placed him in a bodybag. By this time, Aero Weapons Team was on site looking for triggermen in the fields and palm groves to the north and south of the site. The terrain to the south was dense vegetation and the AWT did not observe anyone who looked like they might be a triggerman. Military Police had arrived and tactically questioned the Iraqi Army at their installation another 300 plus meters to the east of where we were conducting recovery. The IA reported that PLUTO had very heavy traffic that morning and they had been unable to control it. The EFP could have been placed at that time. A company of Strykers, under the command of b 6 (b)(3) 130b, (b)(6) with EOD also had arrived from the west and set a cordon to the west, north, and south, including all back roads in the area. This expanded the cordon to about 1500-2000 meters around the blast site. They had started clearing the area and tactical questioning of all local nationals in the area (b)(3) 130b, (b)(6) tactical questioned the Iraqi Police that were 100 northeast of the blast site. They did not see anyone emplace the IED. At about 1240 we noticed th (b)(3) 130b, (b)(6) I had fresh blood on his neck and uniform and the MP's medic looked at him. He had a penetration wound on his jaw, which the medic bandaged befo (b)(3) 130b, (b)(6) sumed pulling security. At about 1300 (b)(3) 130b, (b)(6) was able to convin (b)(3) 130b, (b)(6) to go cool down in a truck and drink water where the crew could monitor him for any other possible injuries from the blast (b)(3) 130b, (b)(6) ad the platoon remove all sensitive items from C6. They removed every item they could find. We were unable to find one set of PVS-7B, one PEQ-15, and one Surefire. CPL Simpson's M4 from the turret was bent and the hand guards were blown off. We did not want to disturb the remains of SSG Elledge and CPL Simpson for the purpose of searching their kit for sensitive items. At 1245, we noticed that traffic that was backed up on the west bound lane of PLUTO was starting to turn around and clog up the east bound side of the Tigris river bridge. I pushed the MP platoon east to keep the bridge open for Gold platoon to arrive from COPC allahan with recovery asse (b)(3) 130b, (b)(6) d Strykers move to keep TAMPA open between PLUTO and Taji in order to allow the recovery team from Taji to arrive. At 1308, Gold platoon arrived and we prepared to recover the vehicle but were ordered to wait until the Clear team arrived. The Clear team arrived at 1345 with Taji based recovery assets. At 1350, EOD completed their investigation of the blast site and C6. EOD reported that they could not find any remains of the actual EFP or any command wires but that it has been emplaced inside of a Hesco basket, about 6 feet above ground level. There was no possible way for any of the soldiers in the platoon to see the EFP. Additionally, there was a cell phone tower within 1000 meters of the EFP. At 1405 (b)(3) 130b, (b)(6) rdered 3d Platoon to escort the 1-68 AR recovery assets back to COP Callahan and pick up the Chaplain, then return to COP Ford. The Strykers would escort the Clear and recovery team with the remains of SSG Elledge and CPL Simpson and C6 to Taji. At 1415, I turned over control of the site to (b)(3) 130b, (b)(6) and we SP from the site. Upon arrival at COP (b)(3) 130b, (b)(6) ent to the aid station. The PA examined the shrapnel wound to the jaw and sewed it close (b)(3) 130b, (b)(6)

--------------------------------- END OF STATEMENT ---------------------------------

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | (b)(3) 130b, (b)(6) | PAGE 1 OF  2  PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998       DA FORM 2823, JUL 72, IS OBSOLETE       APD PE v1.01

STATEMENT OF [(b)(3) 130b, (b)(6)]          TAKEN AT  COP Ford, Iraq          DATED 2008/03/17

9. STATEMENT  *(Continued)*



(b)(3) 130b, (b)(6)

**AFFIDAVIT**

I, [(b)(3) 130b, (b)(6)], HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE   2   . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(b)(3) 130b, (b)(6)

*(Signature of Person Making Statement)*

WITNESSES:

(b)(3) 130b, (b)(6)

C/1-68 3BCT, 4ID   COP 321 (FORD)

(b)(3) 130b, (b)(6)

C/1-68 3BCT 4ID   COP 321 (FORD)
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this  17TH  day of  MARCH  , 2008 at  COP 321 (FORD) BAGHDAD, IRAQ

(b)(3) 130b, (b)(6)

*(Typed Name of Person Administering Oath)*

COMMISSIONED OFFICER
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT
(b)(3) 130b, (b)(6)

PAGE  2  OF  2  PAGES

*PAGE 3, DA FORM 2823, DEC 1998*                          APD PE v1.01

CEXC Report No. 18489-08
produced by CENTCOM in response to
Osen LLC FOIA Request No. 17-0150

SECRET//REL TO USA, MCFI



**COMBINED EXPLOSIVES EXPLOITATION CELL (CEXC-IRAQ)**
MNC-I C2, Building 86, Camp Victory , Baghdad

AE 09342 (US)   BFPO 684 (UK)   AAFO 09342 (AUS)



CEXC 18489-08 Biometrics Report

| | |
|---|---|
| **Report Date:** | 20-Mar-08 |
| **Incident Date:** | 17-Mar-08 |
| **CEXC Reference:** | 18489-08 |
| **CIDNE Reference:** | 20080317122038SMB3741198675 |
| **Other References:** | |
| **External Reports:** | |
| **Location:** | 38S MB 37411 98675 |
| **Zone** | MND-Baghdad |
| **Incident Type:** | EXPLOSIVELY FORMED PENETRATOR |
| **Biometric Results:** | NLOV |
| **FTP Site Submission:** | 1900-01-01 00:00:00.0 |
| **Reviewed By:** | (b)(6) |
| **Review Date:** | 22-Mar-08 |

---

### Case Processing Worksheet

| | |
|---|---|
| **Received By:** | (b)(6) |
| **Receive Date:** | 22-Mar-08 |
| **Administrative Review:** | |
| **Processed By:** | (b)(6) |
| **# of bags:** | 6 |
| **Priority:** | KIA |
| **Background Information:** | |
| **Detainee Information:** | |
| **Results of Examination Results:** | |
| **Comparison Results:** | |
| **Remarks:** | No Latent Prints of value were noted or developed |

---

### Triaged Material:

**Triage Bags:** ***2 X KIA*** BAG 1 OF 6 RUBBER CIRCLE WITH NAIL BAG 2 OF 6 (CHEM) PIECE OF METAL FROM VEHICLE BAG 3 OF 6 (CHEM) COPPER FRAG (.1KG) FRAG BAG 4 OF 6 (CHEM) FRAG BAG 5 OF 6 (CHEM) SOIL SAMPLE BAG 6 OF 6 (CHEM) RICE BAG

---

### Detainee Information:

| Name | Tribe/Extended Name | Other Name | Mic. Number | National ID | Capture Tag | ISN Number | Prison |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

SECRET//REL TO USA, MCFI

**Case Status:**

**Point of Contact:**

**Remarks:**

| | | | | Case Inventory | | |
|---|---|---|---|---|---|---|
| **Bag #** | **Sub Bag #** | **Item #** | **Qty** | **Trace Found** | **Trace Qty** | **Description** |
| 1 | 0 | 1 | 1 | ☐ | 0 | Piece of rubber w/ nail |
| | | | | Total Bag Quantity = 1 | | |

| | | | Latent Prints Recovered | | |
|---|---|---|---|---|---|
| **Latent #** | **Notes** | **ULW** | **ULW Searched** | **Light Source** | **Photographed By** |
| | | | | | |

Processes Used

☑ VIS  ☑ CA  ☐ NIN  ☐ WP  ☐ BP  ☐ MWP  ☐ MBP  ☐ WWW  ☐ BWW

☑ RVS  ☐ Ardrox  ☐ CViolet  ☐ Other

| | | Comparison Results | | | |
|---|---|---|---|---|---|
| **Latent #** | **Compared To** | **ISN** | **Capture Tag** | **Match** | **Matched To** |
| | | | | | |

| | | Suspects | | |
|---|---|---|---|---|
| **Name** | **Capture Tag** | **ISN** | **Major Case Prints** | |
| | | | | |

**Close Date:**

**Shipping Status:** Open

Approved For Release



# COMBINED EXPLOSIVES EXPLOITATION CELL (CEXC)

Home | CEXC Search | Biometrics | Reports | Research | Intel | Analysis | Evidence | Guidance | Tools | Links | Admin | Database: CEXC Iraq

## Report 18489-08

Evidence removed by: WIT 66

Incident Date: 17-Mar-2008 12:20

### General Information

Email Notification

**CEXC Report #:** 18489-08

**CEXC Priority:** Red

**Priority Reason:** KIA/WIA

**Evidence Recovered By:** WIT 66

**Incident Type:** Anti-Armor IED

**Incident Date:** 17-Mar-08 12:20

**Recovery Type:** Unknown

**Zone:** USD-Central

**Province:** Baghdad

**Grid Coordinates:** 38S MB 37411 38876

**Geodetic Coordinates:** 33.4256 (646), 44.32875988

**Chemical Fill:** Nitro, PETN, RDX, TNT

**Close Date:** 01-Aug-08 00:00

**Shipping Status:**

### Biometrics Information

**Biometric Results:** NLOV

**FTP Site Submission:** 1603-01-01 00:00:00.0

**Reviewed By:** (b)(6)

**Review Date:** 22-Mar-08

### Case Processing Worksheet

**Received By:**

Approved For Release

Review Date: 22-Mar-06

## Case Processing Worksheet

Received By:

Receive Date: 22-Mar-06

Administrative Review:

Processed By: (b)(6)

# of Bags: 6

Priority: MA/MA

Background Information:

Detainee Information:

Examination Results:

Comparison Results:

Remarks: No Latent Prints of Value were noted or developed

### Case Inventory

| Bag # | Sub Bag # | Item # | Qty | Trace Found | Trace Qty | Description |
|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 1 |  | 0 | Piece of rubber w/ nail |

Total Bag Quantity =1

### Latent Prints Recovered

| Latent # | Notes | ULW | ULW Searched | Light Source | Photographed By |
|---|---|---|---|---|---|

### Processes Used

☑ VIS   ☑ CA   ☐ NIN   ☐ YIP   ☐ BP   ☐ MWIP   ☐ VIP   ☐ MWW   ☐ BWW

☑ RVS   ☐ Ardrox   ☐ CV/dust   ☐ Other

### Comparison Results

| Latent # | Compared To | ISN | Capture Tag | Match | Matched To |
|---|---|---|---|---|---|

### Suspects

| Name | Capture Tag | ISN | Major Case Prints |
|---|---|---|---|



GE Itemiser3

Explosives Detected

Version 8.12

Super User 1

Explosive mode: 199989 30 1.003   3/22/00 1:26:33 PM   Serial #: I35029F6E7471

| Substances Detected | | |
|---|---|---|
| Substance | Time | Strength |
| NITRO+ | 3.830 | 2.11 |
| RDX+ | 6.230 | 2.65 |
| PETN+ | 7.990 | 12.61 |

| Pos Ion Peaks | |
|---|---|
| Time | Height |
| 3.618 | 362 |
| 4.366 | 2319 |
| 5.929 | 391 |
| 6.209 | 291 |
| 6.532 | 441 |
| 7.851 | 696 |

| Neg Ion Peaks | |
|---|---|
| Time | Height |
| 3.249 | 9390 |
| 3.890 | 1794 |
| 6.053 | 595 |
| 6.320 | 3533 |
| 6.676 | 976 |
| 7.260 | 348 |
| 7.999 | 920 |

USCENTCOM FOIA# 17-0126 412/Release



Approved For Release



Approved For Release

USCENTCOM FOIA# 17-0150 727th Release







COMBINED EXPLOSIVES EXPLOITATION CELL (CEXC)

Home | CEXC Search | Reports | Tjmfg | Chemical | Evidence | Guidance | Tbols | Links | Admin | Database: CEXC Iraq

## Report 18489-08

Evidence recovered by: WIT 66                                  Incident Date: 17-Mar-2008 12:20

### General Information

Email Notification

| | |
|---|---|
| CEXC Report #: | 18489-08 |
| CEXC Priority: | Red |
| Priority Reason: | KIA/WIA |
| Evidence Recovered By: | WIT 66 |
| Incident Type: | Anti-Armor IED |
| Incident Date: | 17-Mar-08 12:20 |
| Recovery Type: | Unknown |
| Zone: | USD-Central |
| Province: | Baghdad |
| Grid Coordinates: | 38S MB 37411 98975 |
| Geodetic Coordinates: | 33.4256 1640, 44.32075088 |
| Chemical Fill: | Nitro, PETN, RDX, TNT |
| Close Date: | 01-Aug-08 00:00 |
| Shipping Status: | |

### Chemical Information

| | |
|---|---|
| Author: | |

### Chemical Samples

| Sample ID: | 18489-08-1 |
|---|---|
| Explosive Category: | HME ✕  Military ✕  Commercial ✕ |
| Physical Description: | Tan material, dark blue |

| Sample ID: | 18493-00-1 |
|---|---|
| Explosive Category: | HME ✕   Military ✕   Commercial ✕ |
| Physical Description: | Torn material, cloth like. |
| Machine: | Ion Trap Mobility Spectrometry, ITMS, Itemiser* |
| Analysis Notes: | |
| Analysis Results: | Analysis indicates positive results for trace explosive residues consistent with a mixture of Trinitrotoluene (TNT) based explosive, Cyclotrimethylenetrinitramine (RDX) based explosive and a Nitro based explosive. |
| How Material was Used: | Analysis would indicate that a RDX based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED). |
| Chemicals Found: | |
| Commercial Use: | RDX based explosive is commonly used in commercial and military blasting applications as well as military weapons. |
| Historical Use: | RDX is a high explosive commonly utilized in IEDs within the ITO. |
| Hazards: | There are no significant hazards associated with RDX based explosive. |

| Sample ID: | 18493-00-2 |
|---|---|
| Explosive Category: | HME ✕   Military ✕   Commercial ✕ |
| Physical Description: | Soil sample. |
| Machine: | Ion Trap Mobility Spectrometry, ITMS, Itemiser* |
| Analysis Notes: | |
| Analysis Results: | Analysis indicates positive results for trace explosive residue consistent with Trinitrotoluene (TNT). |
| How Material was Used: | Analysis would indicate that a TNT was most likely used in the manufacturing of an Improvised Explosive Device (IED). |
| Chemicals Found: | |
| Commercial Use: | TNT is commonly used in commercial and military blasting applications as well as military weapons. |
| Historical Use: | TNT based explosives are commonly utilized in IEDs within the ITO. |
| Hazards: | There are no significant hazards associated with TNT. |



**Sample ID:** 18439-66-3

**Explosive Category:** HME ☒  Military ☒  Commercial ☒

**Physical Description:** Freq

**Machine:** Ion Trap Mobility Spectrometry, ITMS, Itemiser*

**Analysis Notes:** Metal fragments from an IED attack.

**Analysis Results:** Analysis indicates positive results for trace explosive residues consistent with a mixture of Cyclotrimethylenetrinitramine (RDX) and Trinitrotoluene (TNT) based explosives.

**How Material was Used:** Analysis indicates that the TNT/RDX based explosive was used in the manufacturing of an Improvised Explosive Device (IED)

**Chemicals Found:**

**Commercial Use:** RDX based explosive is commonly used in commercial and military blasting applications as well as military weapons

**Historical Use:** RDX is a high explosive commonly utilized in IEDs within the ITO

**Hazards:** There are no significant hazards associated with RDX based explosives

**Sample ID:** 18439-66-4

**Explosive Category:** HME ☒  Military ☒  Commercial ☒

**Physical Description:** Metal plates

**Machine:** Ion Trap Mobility Spectrometry, ITMS, Itemiser*

**Analysis Notes:** Metal plates from an IED attack.

**Analysis Results:** Analysis indicates positive results for trace explosive residue consistent with Trinitrotoluene (TNT) based explosives.

**How Material was Used:** Analysis would indicate that a TNT based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED)

**Chemicals Found:**

**Commercial Use:** TNT is commonly used in commercial and military blasting applications as well as military weapons

**Historical Use:** TNT based explosives are commonly utilized in IEDs within the ITO.

**Hazards:** There are no significant hazards associated with TNT

Approved For Release

| | |
|---|---|
| **Analysis Notes:** | Metal plates from an IED attack |
| **Analysis Results:** | Analysis indicates positive results for trace explosive residue consistent with Trinitrotoluene (TNT) based explosives. |
| **How Material was Used:** | Analysis would indicate that a TNT based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED) |
| **Chemicals Found:** | |
| **Commercial Use:** | TNT is commonly used in commercial and military blasting applications as well as military weapons. |
| **Historical Use:** | TNT based explosives are commonly utilized in IEDs within the ITO. |
| **Hazards:** | There are no significant hazards associated with TNT. |

| | |
|---|---|
| **Sample ID:** | 18459-06-5 |
| **Explosive Category:** | HME × Military × Commercial × |
| **Physical Description:** | Frag |
| **Machine:** | Ion Trap Mobility Spectrometry, ITMS, Itemiser |
| **Analysis Notes:** | EFP slugs |
| **Analysis Results:** | Analysis indicates positive results for trace explosive residue consistent with Trinitrotoluene (TNT) based explosives. |
| **How Material was Used:** | Analysis would indicate that a TNT based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED). |
| **Chemicals Found:** | |
| **Commercial Use:** | TNT is commonly used in commercial and military blasting applications as well as military weapons. |
| **Historical Use:** | TNT based explosives are commonly utilized in IEDs within the ITO. |
| **Hazards:** | There are no significant hazards associated with TNT. |

**Detonators**

None



# COMBINED EXPLOSIVES EXPLOITATION CELL (CEXC)

Home | CEXC Search | Reports | Research | Intel | Evidence | Guidance | Tools | Links | Admin | **Database: CEXC Iraq**

Images

## Report 18489-08

Evidence recovered by: WIT 06                                        Incident Date: 17-Mar-2008 12:20

### General Information

Email Notification

| | |
|---|---|
| CEXC Report #: | 18489-08 |
| CEXC Priority | Red |
| Priority Reason: | KIA/WIA |
| Evidence Recovered By: | WIT 06 |
| Incident Type: | Anti-Armor IED |
| Incident Date: | 17-Mar-08 12:20 |
| Recovery Type: | Unknown |
| Zone: | USD Central |
| Province: | Baghdad |
| Grid Coordinates: | 38S MB 37411 39875 |
| Geodetic Coordinates: | 33.4256 0646,44.32075988 |
| Chemical Fill: | Nitro, PETN, RDX, TNT |
| Close Date: | 01-Aug-08 00:00 |
| Shipping Status: | |

### Chemical Analysis 18489-08-1

| Image | Name | Size | Last Modified |
|---|---|---|---|
| | 18489 08 1.JPG | 86 Kb | {N: 2008-03-23 15:23:28"} |

### Chemical Analysis 18489-08-2

Approved For Release

Shipping Status:

**Chemical Analysis 18489-08-1**

| Image | Name | Size | Last Modified |
|---|---|---|---|
| | 18489-08-1.JPG | 86 kb | [tb^2008-03-23 15:23:28] |

**Chemical Analysis 18489-08-2**

| Image | Name | Size | Last Modified |
|---|---|---|---|
| | 18489-08-2.JPG | 85 kb | [tb^2008-03-23 15:22:50] |

**Chemical Analysis 18489-08-3**

| Image | Name | Size | Last Modified |
|---|---|---|---|
| | 18489-08-3.JPG | 82 kb | [tb^2008-03-23 15:22:07] |

**Chemical Analysis 18489-08-4**

| Image | Name | Size | Last Modified |
|---|---|---|---|
| | 18489-08-4.JPG | 77 kb | [tb^2008-03-23 15:21:24] |

**Chemical Analysis 18489-08-5**

| Image | Name | Size | Last Modified |
|---|---|---|---|
| | 18489-08-5.JPG | 80 kb | [tb^2008-03-23 15:19:46] |

**Image Photos**

| Image | Name | Size | Last Modified |
|---|---|---|---|
| | F1010288.JPG | 1397 kb | [tb^2003-12-31 16:00:04] |

Approved For Release

| Image | Name | Size | Last Modified |
|---|---|---|---|
|  | P1019288.JPG | 1397 kb | (ts '2003-12-31 16:00:04') |
|  | P1019289.JPG | 1436 kb | (ts '2003-12-31 16:00:04') |
|  | P1019290.JPG | 1488 kb | (ts '2003-12-31 16:00:04') |
|  | P1019291.JPG | 1487 kb | (ts '2003-12-31 16:00:04') |
|  | P1019292.JPG | 1494 kb | (ts '2003-12-31 16:00:04') |
|  | P1019293.JPG | 1561 kb | (ts '2003-12-31 16:00:04') |
|  | P1019294.JPG | 1549 kb | (ts '2003-12-31 16:00:04') |
|  | P1019295.JPG | 1476 kb | (ts '2003-12-31 16:00:04') |
|  | P1019296.JPG | 1498 kb | (ts '2003-12-31 16:00:04') |



# COMBINED EXPLOSIVES EXPLOITATION CELL (CEXC)

Home | CEXC Search | Reports | Find | Evidence | Guidance | Tools | Links | Admin ▾    **Database: CEXC Iraq**

Tasks | CEXC Search | Reports

## Report 18489-08

**Evidence recovered by: WIT 06**                                 **Incident Date: 17.Mar-2008 12:20**

Email Notification

### General Information

| | |
|---|---|
| **CEXC Report #:** | 18489-08 |
| **CEXC Priority** | Red |
| **Priority Reason:** | KIA/WIA |
| **Evidence Recovered By:** | WIT 06 |
| **Incident Type:** | Anti-Armor IED |
| **Incident Date:** | 17-Mar-08 12:20 |
| **Recovery Type:** | Unknown |
| **Zone:** | USD Central |
| **Province:** | Baghdad |
| **Grid Coordinates:** | 38S MB 37411 38675 |
| **Geodetic Coordinates:** | 33.4256 (640), 44.32875988 |
| **Chemical Fill:** | Nitro, PETN, RDX, TNT |
| **Close Date:** | 01-Aug-08 00:00 |
| **Shipping Status:** | |

### External Reports

| | |
|---|---|
| **CIDNE Reference:** | 20080317-122038GMA837441169675 |

### Biometric Reports

| Name | Site | Last Modified |
|---|---|---|
| 18489-08.pdf | 141 bb | (b 2008-03-22 05:46:00) |



CEXC 18489-08

CEXC 18489-08
AND-B

2xKIA/1xWIA    ECR

**SIGACT Report**

Title: EXPLOSIVE HAZARD IED EXPLOSION RPT (Directional IED) 3/C/1-68 CAB
(VO/ROUTE PLUTO) : 2 CF KIA

Report Precedence: Flash

Classification: ~~SECRET~~

Releasability: ~~NOT RELEASABLE~~

Tracking Number: 20080117.2005SMB17411986675

Report Source: Coalition

Reporting Unit Name: MND-B/GHDAD/GG OPS

**SPOT Section**

Unit Name Involved: 3/C/1-68 CAB          Call Sign: Not Reported

Type of Involved Unit: CF                 Involved Unit Activity: Mounted Patrol

DTG of Incident (Local Time): 2008-0517   Battlespace Lead: Coalition
                              1220:00.0

Location    MGRS: 38SMB37411986675        Route: PLUTO

Events      Event Type: Explosive Hazard
            Event Category: IED Explosion  Mode Of Attack: Directional IED

Coordinated Attack: No

Complex Attack: No

Counter Attack: No

Summary: MND-B SIGACT 1/3[7]245)

         MND-B CCIR # 1
         MNC-I CCIR # 6

         MND-B EVENT 6 (17[2]44)

         UNIT: 3/4 ID

         IED TYPE: EFP

         KIA (W/BRO): 2 X US KIA

                      WIA (W/BRO): NONE

         EQUIPMENT BDA: VEHICLE DMG UNK

(b)(3)130b(b)(6)

20 MWOL



CEXC18489-08

Approved For Release

ENEMY BDA: NONE

ENEMY DETAINEE: NONE

CREW SYSTEM:

OTHER IED DEFEAT EQUIP:

FRAG DOOR KIT INSTALLED : YES

COMP OF PATROL: 6 X M1114

WHO: 3/C/1-68 CAB

WHAT: IED STRIKE

WHERE: 3RSMB 3741 ( 98675 RTE PLATO)

CLOSEST ISF CP:
IP CP 55A
LOCATION:

CLOSEST CELL PHONE TOWER: 445M SW OF SITE

SIGCT ASSESSMENT: UNK

TIMELINE:

171220: C/1-68 REPORTS THAT THIRD VEHICLE IN ORDER OF
MARCH HAS BEEN HIT BY EFP, 2 X KIA, 0 X WIA, HEADING AT
THIS TIME

171247: 1/B/1-68 SP PBB-CALLAHAN IOT PROVIDE RECOVERY
ASSETS AND ADDITIONAL COMBAT POWER

171321: A/2-14 CAV TRP CDR ON SITE CONDUCTING FACE TO
FACE WITH C/1-68 AR COMMANDER TO CONFIRM ASSETS
NEEDED. EOD ENROUTE FROM CAMP TAJI TO SITE TO
CONDUCT PBA

171334: EOD ARRIVES ON SITE TO CONDUCT SSE AND PBA

171340: EOD REPORTS NO REMNANTS AT THE BLAST SITE

EOD ASSESSMENT: PENDING

IO MESSAGE: PENDING

S2 ASSESSMENT: PENDING



CEXC18489-08

Approved For Release

**SUMMARY:**
1 X TF/P STRIKE
2 X US KIA
UNK X DMG

**/OPEN/**

| | Enemy | | | | Coalition | | | | Civilian | | | | Host Nation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WIA | KIA | DET | WIA | KIA | ABD | WIA | KIA | ABD | WIA | KIA | ABD | WIA | KIA | ABD |
| 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CCIR Status:**

CCIR Summary: EITHER ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES

CCIR Group: MND-BAGHDAD G3 OPS

**Casualty Details**

Battle Roster Number:
Force Type: CF
Nationality: UNITED STATES
Category: Other

Affiliation: Coalition
Casualty Type: KIA
Position: Not Reported
Wound Points: None Reported

**Target of Attack**

Precedence Primary
Affiliation: Coalition
Details: Patrol

Type: Type: Coalition
Sect: Not Reported
Nationality: UNITED STATES
Status: Killed
Description: Not Reported

**Vehicle/Convoy Details**

Number of Vehicles: 6
Convoy Speed: 0 MPH
Nearest ECM Dist to Vehicle Struck: 0 Meters
Vehicle Summary: COMP OF PATROL: 6 X M1114

Distance Between Vehicles: 0 Meters
Nearest ECM Dist to IED: 0 Meters
Other Countermeasures on Vehicle Struck: Not Reported

**Individual Vehicle Details**



Approved For Release



Approved For Release











Approved For Release

## Triage Information

Shipping Status:

Triage Author: (b)(6)

Triage Date: 20-Mar-08 10:05

Remarks:

```
*** 2 X KIA ***
BAG 1 OF 6
RUBBER CIRCLE WITH NAIL.

BAG 2 OF 6 (CHEN)
PIECE OF METAL FROM VEHICLE

BAG 3 OF 6 (CHEN)
COPPER FRAG (.1KG)
FRAG

BAG 4 OF 6 (CHEN)
```

## Evidence

```
2245236
2245254
2155353
2155352
2177675
2198881
```

Evidence Bags Received:

Evidence Bags Created:

Return Evidence: No

## Triage Images